Bruce Kokozian, Esq. (SBN 195723)
bkokozian@kokozianlawfirm.com
Alex DiBona, Esq. (SBN 265744)
dibona@kokozianlawfirm.com
**KOKOZIAN LAW FIRM, APC**
9440 South Santa Monica Blvd., Suite 510
Beverly Hills, CA 90210
Telephone (323) 857-5900
Facsimile (310) 275-6301

KEITH TENNISON, an Individual, on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH TENNISON, an Individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUB GROUP TRUCKING, INC.; ESTENSON LOGISTICS, LLC and DOES 1 through 100, Inclusive<br><br>Defendants. | CASE NO.: 2:20-cv-05076-JAK (SP)<br><br>**JOINT STIPULATION TO REMAND TO STATE COURT FOR THE COUNTY OF LOS ANGELES**<br><br>**[[Proposed] Order Filed Concurrently herewith]**<br><br>Complaint Filed: April 27, 2020<br><br>Notice of Removal: June 08, 2020 |

**THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE AS FOLLOWS:**

1. Plaintiff Keith Tennison ("Plaintiff") and Defendants Hub Group Trucking, Inc. and Estenson Logistics, LLC ("Defendants") (collectively the "Parties") reach this stipulation based on the following facts:

2. On or about April 27, 2020, Plaintiff filed this action in the Superior Court for the County of Los Angeles and it was assigned Case No.: 20STCV16259 (the

"Action"). Plaintiff initially brought this Action as a putative class alleging violations of the California Labor Code and California's Unfair Competition Law on behalf of current and former employees of Defendants. Defendants removed the Action to the Central District on June 8, 2020, pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1332(d). (ECF No. 1.)

3. On December 28, 2020, this Court denied Plaintiff's Motion for Remand. (ECF No. 32.)

4. On February 26, 2021, Plaintiff, per the Court order's, filed a Second Amended Complaint dismissing all class claims and setting forth only individualized claims. (ECF No. 43.)

5. There is good cause for this Action to be remanded to the County of Los Angeles Superior Court in the State of California as this Court no longer has jurisdiction over this matter. Namely, as mentioned above, Defendants removed this matter pursuant to CAFA. However, now that Plaintiff has dismissed his class claims and only seeks relief as an individual, the amount in controversy no longer exceeds the aggregate value of five million dollars ($5,000,000.00) and there are no longer putative class members. Therefore, the Court no longer has original jurisdiction pursuant to 28 U.S.C. § 1332(d).

6. Accordingly, the Parties stipulate and request that this matter, Case No. 2:20-cv-05076-JAK (SP), be remanded to state court.

///
///
///
///
///
///
///
///
///

7. The Parties further stipulate that each party bear their own attorneys' fees and costs related to this remand of the Action pursuant to this Stipulation and Order.[1]

**IT IS SO STIPULATED.**

DATED: March 04, 2021     KOKOZIAN LAW FIRM, APC

By: /s/ Alex DiBona
    Bruce Kokozian, Esq.
    Alex DiBona, Esq.
    Attorneys for Plaintiff

DATED: March 04, 2021     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Carmen M. Aguado
    Robert R. Roginson
    Paloma P. Peracchio
    Carmen M. Aguado

    Attorneys for Defendants
    HUB GROUP TRUCKING, INC. and
    ESTENSON LOGISTICS, LLC

---

[1] Alex DiBona am the ECF User whose ID and password are being used to file this Joint Status Report. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that attorney, Carmen M. Aguado, Esq. concurred in this filing.