# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH TENNISON, an Individual, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>HUB GROUP TRUCKING, INC.; ESTENSON LOGISTICS, LLC and DOES 1 through 100, Inclusive<br><br>Defendants. | CASE NO.: 2:20-cv-05076-JAK (SP)<br><br>**ORDER RE JOINT STIPULATION TO REMAND CASE TO STATE COURT FOR THE COUNTY OF LOS ANGELES (DKT. 44)**<br><br>**JS-6** |

Based on a review of the Joint Stipulation to Remand to State Court for the County of Los Angeles (the "Stipulation" (Dkt. 44)), sufficient good cause has been shown for the requested relief.  Therefore, the Stipulation is **APPROVED**, and this case is **REMANDED** to the Los Angeles Superior Court, County of Los Angeles, case number 20STCV16259, for all further proceedings. The Parties shall bear their respective attorney's fees and costs related to the remand of this action.

**IT IS SO ORDERED.**

Dated: March 8, 2021

John A. Kronstadt
United States District Judge